USA-74-24B
(Rev. 05/01)

**Sealed**
Public and unofficial staff access
to this instrument are
prohibited by court order

# CRIMINAL DOCKET

HOUSTON DIVISION

No. 4:20-CR-641-S2

USAO Number: 2016R21397

United States Courts
Southern District of Texas
FILED

Magistrate Number:

SUPERSEDING INDICTMENT

Filed *April 26, 2022*

Judge: **Bennett**

Nathan Ochsner, Clerk of ATTORNEYS:

UNITED STATES of AMERICA

**JENNIFER B. LOWERY, ACTING USA**     (713) 567-9000

vs.

ALAMDAR S. HAMDANI, AUSA     (713) 567-9000

|  |  | Appt'd | Private |
|---|---|---|---|
| ABDULRAHMAN MOHAMMED HAFEDH AL QAYSI | (Cts. 1-5) (9) | ☐ | ☐ |
| MOHAMMED "MOE" AMER FAISAL AL QAYSI | (Cts 4, 6) | ☐ | ☐ |
| HAMI JAMSHID a/k/a JAMSHID AHMADZAI | (Cts. 4,7,8) | ☐ | ☐ |
|  |  | ☐ | ☐ |
|  |  | ☐ | ☐ |
|  |  | ☐ | ☐ |

**CHARGE:**
(TOTAL)
(COUNTS:)
( 9 )

Cts. 1-3: False statement in Naturalization Application [18 USC §§ 1015(a) and 2]

Ct. 4: Conspiracy to Commit Wire Fraud [18 USC § 1349]

Ct. 5: AGGRAVATED IDENTITY THEFT [1028A and 2]

Ct. 6-7: False statement in Naturalization Application [18 USC §§ 1015(a) and 2]

Ct. 8: Procurement of Citizenship or Naturalization Unlawfully [18 USC § 1425(a)]

Ct. 9: Conspiracy to Provide Material Support to a Designated Foreign Terrorist Organization [18 USC § 2339B]

**PENALTY:** Cts. 1-3, 6-7: Up to 5 years in prison; up to $250,000.00 fine; up to 1 year of supervised release; $100.00 special assessment.
Ct. 4: Not more than 20 years imprisonment; a $250,000/$500,000 fine or twice the gross gain or loss; 3 years SRT; $100.00 SA.
Ct. 5: 2 years mandatory imprisonment consecutive to any sentence imposed on counts 2-13; and a $100.00 SA.
Ct. 8: Maximum penalty of 10 years imprisonment, up to $250,000.00 fine; up to 3 years of supervised release; $100.00 SA
Ct. 9: Up to 20 years in prison, up to 250k fine, up to a lifetime of supervised release, and $100 mandatory assessment.

☐ In Jail

☐ On Bond

☐ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: