# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.  Case Number: 4:20−cr−00641

Abdulrahman Mohammed Hafedh Alqaysi

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 4/2/2024

**TIME:** 11:30 AM

**TYPE OF PROCEEDING:** Motion Hearing
Sealed Event – #113

Date:   March 18, 2024

Nathan Ochsner, Clerk